U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

AUG 2 6 2008

ROBERT H. SHEMWELL, CLERK
BY _____
              DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES  DIVISION

| | |
|---|---|
| DAO HUA HUANG<br>A 98497728 | CIVIL ACTION NO. 08-0372<br>SECTION P |
| VS. | JUDGE MINALDI |
| DIRECTOR, U. S. IMMIGRATION AND<br>CUSTOMS ENFORCEMENT | MAGISTRATE JUDGE KAY |

### JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the

Report and Recommendation of the Magistrate Judge previously filed herein, these findings and

conclusions are accepted.  In the alternative, this court concludes that the proposed findings and

conclusions are entirely correct.  Accordingly,

IT IS ORDERED that the Motion to Dismiss for Lack of Jurisdiction [Doc. 8] be, and is

hereby GRANTED.

IT IS FURTHER ORDERED that the Petition for a Writ of Habeas Corpus [Doc. 1] be,

and is hereby DENIED as moot.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 26 day of

_____, 2008.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE